# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,

        v.

Conti-Lines S.A. (Colsa Line), et al.,
    Defendants.

**CASE NUMBER: 98-1155 (HL)**

---

### MOTION

**Date Filed: 3/20/98**    **Docket #2**    **[x] Plffs [] Defts**
**Title: Motion Requesting Order Specially Appointing Process Server**
**Opp'n Filed:**    **Docket #**

---

### ORDER

Plaintiffs' motion is denied for failure to comply with the requirements of Fed. R. Civ. P. 4(f). Plaintiffs have until October 26, 1999 to file a new motion on this matter.

---

Date /0/17/99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

| Rec'd: | EOD: |
| --- | --- |
| By: | # |



