**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED
99 OCT 29 PM 2:21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Maria Spanoudis, et al.,
Plaintiffs,
v.
Conti-Lines S.A. (Colsa Line), et al.,
Defendants.

**CASE NUMBER:** 98-1155 (HL)

## MOTION

**Date Filed:10/26/99** **Docket #11** [x] **Plffs** [] **Defts**
**Title: Amended Motion Requesting Order Specially Appointing Process Server**
**Opp'n Filed:** **Docket #**

## ORDER

The Court appoints APS International, Ltd. to serve process on Defendant Conti-Lines S.A. (Colsa Lines). Plaintiffs are reminded of the strictures of Fed. R. Civ. P. 4(f).

**Date** 10/29/99

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**

| **Rec'd:** | **EOD:** |
|---|---|
| **By:** | **#** |



