UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Maria Spanoudis, et al.,
    Plaintiffs,
        v.                                  CASE NUMBER: 98-1155 (HL)
Conti-Lines S.A. (Colsa Line), et al.,
    Defendants.

## ORDER

Plaintiffs are ordered to show cause by February 25, 2000 why this case should not be dismissed for failure to serve process in a timely manner.

Date 1-27-00          HECTOR M. LAFFITTE
                                    Chief U.S. District Judge


