

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
V.
Conti-Lines S.A. (Colsa Line), et al.,
    Defendants.

CASE NUMBER: 98-1155 (HL)

## JUDGMENT

The Court having issued an order on this same date, judgment is hereby entered dismissing this case without prejudice.

Date 2-8-00

HECTOR M. LAFFITTE
Chief United States District Judge


