UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
        V.                         CASE NUMBER: 98-1155 (HL)
Conti-Lines, et al.,
    Defendants.

## MOTION

Date Filed: 2/24/00    Docket #17    [x] Plffs  [] Defts
Title: Motion for Reconsideration to Set Aside Judgment of Dismissal
Opp'n Filed:    Docket #

## ORDER

In light of the Court's order of March 25, 1998, Dkt. No. 3, holding Plaintiff's motion in abeyance, the Court hereby grants Plaintiff's Motion for Reconsideration, Dkt. No. 17. The Clerk of the Court shall reopen this case.

Date 3/17/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


