UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
v.

CASE NUMBER: 98-1155 (HL)

Conti-Lines, S.A. (Colsa Line), et al.,,
    Defendants.

## MOTION

Date Filed: 4/7/00    Docket #19    [ ] Plffs   [x] Defts
Title: Special Appearance to Request Additional Period of Time to Answer Complaint or Otherwise Plead
Opp'n Filed:    Docket #

## ORDER

Defendants shall have until June 7, 2000 to answer or otherwise plead. Defendants are further reminded of the dictates of Local Rule 311(14)(B).

Date 4/18/00     HECTOR M. LAFFITTE
                               Chief U.S. District Judge


