UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
V.
Conti-Lines, S.A., et al.,
    Defendants.

CASE NUMBER: 98-1155 (HL)

## MOTION

Date Filed: 6/7/00    Docket # 22    [ ] Plffs  [x] Defts
Title: Motion to Dismiss Certain Claims
Opp'n Filed:    Docket #

## ORDER

Plaintiff shall respond by June 26, 2000, or Defendant's motion shall be taken as unopposed.

## MOTION

Date Filed: 6/8/00    Docket # 23    [ ] Plffs  [x] Defts
Title: Motion to Substitute Pages Due to a Typographical Error
Opp'n Filed:    Docket #

## ORDER

The Court hereby accepts the substituted pages.

Date 6/14/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge


