## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
    V.
Conti-Lines S.A. (Colsa Line), et al.,
    Defendants.

CASE NUMBER: 98-1155 (HL)



| MOTION |
|---|
| Date Filed: 5/24/00   Docket # 6   [] Plffs [x] Defts |
| Title: Motion Requesting Extension of Time to File Plaintiff's Opposition to Motion to Dismiss |
| Opp'n Filed:   Docket # |

| ORDER |
|---|
| Granted. Plaintiffs have until July 11, 2000 to oppose Defendants' Motion to Dismiss Certain Claims, Dkt. No. 22. No further extensions shall be granted. |

Date 7/2/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


