## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
    V.
Conti-Lines, S.A., et al.,
    Defendants.

CASE NUMBER: 98-1155 (HL)

### MOTION

Date Filed: 7/18/00   Docket # 28   [x] Plffs  [] Defts
Title: Motion for Leave to Withdraw Legal Representation
Opp'n Filed:   Docket #

### ORDER

Granted. Plaintiffs shall retain new counsel and have that counsel enter an appearance by August 31, 2000. If Plaintiffs fail to comply with this deadline, this case shall be dismissed.

### MOTION

Date Filed: 7/18/00   Docket # 29   [] Plffs  [x] Defts
Title: Motion Requesting Leave to Reply to Opposition to Motion to Dismiss Certain Claims
Opp'n Filed:   Docket #

### ORDER

Denied without prejudice pending Plaintiffs' compliance with the Court's order regarding retention of new counsel. Defendants may refile this motion after August 31, 2000.

Date 7/27/00   HECTOR M. LAFFITTE
                        Chief U.S. District Judge





30