UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,
      V.
Conti-Lines, S.A., et al.,
    Defendants.

CASE NUMBER: 98-1155 (HL)

## ORDER

On July 28, 2000, the Court granted Plaintiffs until August 31, 2000 to retain new counsel and have that counsel enter an appearance. The Court further warned Plaintiffs that failure to comply with this deadline would result in the dismissal of this case. Plaintiffs have failed to comply. Accordingly, this case is hereby dismissed without prejudice. Judgment shall be entered accordingly. Defendants' Motion to Dismiss All Claims, Dkt. No. 31, is noted. The Court declines to rule on that motion in light of the case's procedural posture.

Date 9/6/00

HECTOR M. LAFFITTE
Chief U.S. District Judge