# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Maria Spanoudis, et al.,
    Plaintiffs,

       **V.**

Conti-Lines, S.A., et al.,
    Defendants.

**CASE NUMBER:** 98-1155 (HL)

## JUDGMENT

The Court having entered an order on this same date, this case is hereby dismissed without prejudice.

Date 9/6/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge